UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 20-6464-DMG (PJWx)**<br>**CV 20-6465-DMG (PJWx)**✓ | Date | November 23, 2020 |
|---|---|---|---|

| Title | *Tynesha Dixon v. City of Los Angeles, et al.*<br>*Salea Ladonya Irvin v. City of Los Angeles, et al.* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS — ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE CONSOLIDATED**

On July 20, 2020, Plaintiff Tynesha Dixon filed a Complaint against the City of Los Angeles and 11 individual Defendants asserting five claims under 42 U.S.C. section 1983 and six state law claims. [*Dixon* Doc. #1.] The same day, Plaintiff Salea Ladonya Irvin filed a Complaint against the same Defendants, asserting the same claims, and based on the same factual allegations. [*Irvin* Doc. # 1.] Defendants filed six separate similar, if not identical, Answers in each case.

Dixon, Irvin, and Defendants are each **ORDERED TO SHOW CAUSE** by no later than **December 3, 2020** why the two cases should not be consolidated under the caption, *Tynesha Dixon, et al. v. City of Los Angeles, et al.*, Case No. CV 20-6464 DMG (PJWx). *See* Fed. R. Civ. P. 42(a) (A court may consolidate actions pending before it if they "involve a common question of law or fact."); *see also Pierce v. County of Orange*, 526 F.3d 1190, 1203 (9th Cir. 2008) (district courts have broad discretion whether or not to consolidate actions) (citing *Invrs. Research Co. v. U.S. Dist. Court for the Cent. Dist. of Cal.*, 877 F.2d 777, 777 (9th Cir. 1989)); *Huene v. United States*, 743 F.2d 703, 704 (9th Cir. 1984) (in determining whether consolidation is appropriate, courts weigh "the saving of time and effort consolidation would produce against any inconvenience, delay, or expense that it would cause."). Failure to file a response by that date will be deemed consent to consolidation.

**IT IS SO ORDERED**.